IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAJAE BRADLEY,** individually and as a representative of the Class, | ) ) ) |
| | ) Case No. 2:22-cv-02525-MMB |
| **Plaintiff,** | ) ) CLASS ACTION |
| v. | ) ) JURY TRIAL DEMANDED |
| **CARVANA, LLC** | ) ) |
| **Defendant.** | ) ) ) ) ) |

**DECLARATION OF ROBERT C. COLLINS III IN SUPPORT OF DEFENDANT CARVANA, LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS**

I, Robert C. Collins III, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice in the State of Illinois and am admitted *pro hac vice* in this Court. I am a partner at the law firm of Latham & Watkins LLP, attorneys of record for Carvana, LLC ("Carvana"). I am over the age of 18 years of age. The facts contained in this declaration are based on my personal knowledge.

2. A true and correct copy of Plaintiff Tajae Bradley's Retail Purchase Agreement, executed on April 22, 2022, is attached hereto as Exhibit 1.

3. A true and correct copy of the First Amended Complaint in the matter captioned *Burden v. Carvana, LLC*, No. 200801110 (Pa. Ct. Com. Pl.), filed on August 30, 2020, is attached hereto as Exhibit 2.

4. A true and correct copy of the Order in the matter captioned *Burden v. Carvana, LLC*, No. 200801110 (Pa. Ct. Com. Pl.), entered on December 4, 2020, is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois on the 29th day of August, 2022.

                                                           */s/ Robert C. Collins III*
                                                           Robert C. Collins III