# EXHIBIT 3

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

| ROGER M. BURDEN, Plaintiff, v. CARVANA, LLC, PAUL BREAUX, and CAPITAL ONE AUTO FINANCE, Defendants. | COURT OF COMMON PLEAS PHILADELPHIA COUNTY AUGUST TERM 2020 NO. 01110 CONTROL: 20101087 |
|---|---|

### ORDER

AND NOW, this 4th day of December, 2020, upon consideration of Defendant's Motion to Compel Arbitration and Stay Proceedings, and Plaintiff's response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**. The above-captioned matter shall proceed to arbitration in accordance with the Arbitration Agreement executed by the parties, and this matter is stayed pending arbitration.

BY THE COURT:

_____
K. SHREEVES-JOHNS, J.

Burden Vs Carvana, Llc -ORDER



20080111000019