## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAJAE BRADLEY,** individually and as a representative of the Class, | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **CARVANA, LLC** | ) ) |
| **Defendant.** | ) ) ) ) ) |

Case No. 2:22-cv-02525-MMB

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## JOINT STATUS REPORT

Plaintiff Tajae Bradley ("Plaintiff") and Defendant Carvana, LLC ("Carvana"), by and through their undersigned counsel, hereby submit this joint status report pursuant to the Court's November 9, 2022 Order.  *See* Dkt. 20.

On November 9, 2022, the Court granted Carvana's Unopposed Motion to Temporarily Stay Proceedings and stayed all proceedings and deadlines pending resolution of Carvana's appeal to the U.S. Court of Appeals for the Third Circuit in *Jennings v. Carvana, LLC*, Case No. 22-2948 (the "*Jennings* Action").  *See* Dkt. 20.  Carvana's appeal remains pending: Carvana filed its opening brief and joint appendix in the *Jennings* Action on February 23, 2023.  *See* Dkt. 16 (*Jennings* Action).  The appellees filed their response brief on March 27, 2023 (*see* Dkt. 21 (*Jennings* Action)), and Carvana filed its reply brief on April 17, 2023.  *See* Dkt. 23 (*Jennings* Action).  Oral argument has not yet been set.

The parties will continue to provide the Court with status reports pursuant to the Court's November 9, 2022 Order.  *See* Dkt. 20.

Dated:  July 10, 2023                                  Respectfully submitted,

                                            /s/ *Eric Leon*
                                            Eric Leon, one of the Attorneys for
                                            Carvana, LLC

Eric Leon (New York Bar No. 2626562) (*Admitted Pro Hac Vice*)
Eric.leon@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

Robert C. Collins III (Illinois Bar No. 6304674) (*Admitted Pro Hac Vice*)
robert.collins@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

Paul G. Gagne (Pennsylvania ID No. 42009)
pgagne@kleinbard.com
KLEINBARD LLC
Three Logan Square
Philadelphia, PA 19103
Telephone:  (215) 523-5302

Dated:  July 10, 2023                                  Respectfully submitted,

                                            /s/ *Kevin J. Abramowicz* (with consent)
                                            Kevin J. Abramowicz, one of the Attorneys for
                                            Plaintiff Tajae Bradley

Kevin J. Abramowicz
Kevin W. Tucker
Chandler Steiger
Stephanie Moore,
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
(412)877-5220

## **CERTIFICATE OF SERVICE**

I, Eric Leon, hereby certify that I caused a copy of the foregoing to be served on the parties listed below, via the Court's ECF system, on July 10, 2023.

Kevin J. Abramowicz
Kevin W. Tucker
Chandler Steiger
Stephanie Moore,
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
(412) 877-5220

*Counsel for Plaintiffs*

Dated: July 10, 2023

/s/ *Eric Leon*
Eric Leon

Eric Leon
eric.leon@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

*Counsel for Defendant Carvana, LLC*