UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAJAE BRADLEY,<br><br>          Plaintiff,<br><br>   v.<br><br>CARVANA, LLC,<br><br>          Defendant. | Case No. 22-cv-2525<br><br>**NOTICE OF DISMISSAL** |

### **NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, hereby gives notice that Plaintiff's Complaint is dismissed with prejudice without costs to any party.

Respectfully Submitted,

Dated: May 30, 2024     By:   */s/ Kevin Abramowicz*
Kevin Abramowicz
East End Trial Group LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
(412) 223-5740
kabramowicz@eastendtrialgroup.com

*Attorney for Plaintiff*